No. 78–5381. TENNON v. RICKETTS, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 78–5482. WIGGINS v. MURPHY ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.